## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

John Doe
                      Plaintiff,

v.                                               Case No.: 1:22−cv−05273
                                               Honorable Martha M. Pacold

University of Chicago
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 30, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed the parties' joint status report concerning the use of pseudonyms [10]. Plaintiff's motion to proceed under pseudonyms and to issue a protective order [2] is granted without objection. This ruling is without prejudice to any challenge subsequently raised by any party. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.