UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

John Doe
                Plaintiff,

v.                                         Case No.: 1:22−cv−05273
                                                     Honorable Martha M. Pacold

University of Chicago
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 6, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: 1. On 2/13/2023, the parties filed a joint status report proposing a schedule on plaintiff's motion for preliminary injunction and requesting 20 pages for each brief [29]. The court adopted the schedule and permitted the parties to file briefs up to 20 pages each [30]. Defendant University of Chicago now moves for leave to file excess pages [32]. This motion is unopposed, so long as plaintiff is allowed up to 25 pages for his reply. Defendant's unopposed motion for leave to file excess pages [32] is granted. The parties are permitted to file briefs up to 25 pages each. Defendant should file its response brief as a separate entry on the docket by 3/8/2023. 2. Separately, plaintiff has filed an unopposed motion for additional time for reply. [41]. That motion is granted. Plaintiff's reply is now due 3/13/2023. 3. Finally, plaintiff previously requested a ruling before 3/20/2023 (the beginning of the spring quarter). [29]. The court understands the request, but in light of the voluminous filings, the extension of the schedule, and other cases (including criminal cases) on the court's docket that also require prompt attention, the court cannot promise a ruling by 3/20/2023. If at any time the parties wish to provide further information about any timing issues or any other matters, they should file a status report and / or request a status hearing. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.