# EXHIBIT 7: UC REJECTS PROPOSAL TO NEGOTIATE

Gmail [redacted]

## Fw: Doe v. Univ of Chicago Draft Complaint

**Phil Byler** <pbyler@nmllplaw.com> Fri, Sep 9, 2022 at 4:10 PM
To: [redacted]

[redacted]

We will need to sue [redacted]

Scott Warner gave me what I consider to be the standard song and dance tha the university did no wrong, etc  and maybe the University would consider a small money payment, but no injunctive-type relief.  If you have a number that I can call, tell me. Or call me at [redacted]

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone  212 736 4500
Telecopier: 212.736.2260

NESENOFF & MILTENBERG LLP
New York | Boston | Palo Alto

**Phil Byler, Esq.**
363 Seventh Avenue, 5th Floor
New York, NY 10001 3904
212.736.4500 • 212.736.2260 fax
Vcard • nmllplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or di clo ing the content

---

**From:** Warner, Scott <Scott.Warner@huschblackwell.com>
**Sent:** Friday, September 9, 2022 4:38 PM
**To:** Phil Byler <pbyler@nmllplaw.com>
**Subject:** Re: Doe v. Univ of Chicago Draft Complaint

Another call is going long. I'll call as soon as I'm able.

Scott

Sent from my iPhone

On Sep 8, 2022, at 2:24 PM, Phil Byler <pbyler@nmllplaw.com> wrote:

[EXTERNAL EMAIL]

Scott:

Call me on my cell: 631.848.5175.

*Phil*

Philip A  Byler, Esq
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw com
Telephone: 212.736.4500
Telecopier: 212.736.2260

NESENOFF & MILTENBERG LLP
New York | Boston | Palo Alto

**Phil Byler, Esq.**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212 736 4500 • 212 736 2260 fax

Vcard • nmllplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

---

**From:** Warner, Scott <Scott.Warner@huschblackwell.com>
**Sent:** Thursday, September 8, 2022 3 19 PM
**To:** Phil Byler <pbyler@nmllplaw.com>
**Subject:** RE  Doe v  Univ of Chicago Draft Complaint

I'll call you then

**Scott Warner**

[redacted]