# EXHIBIT 8: PLAINTIFF SUBMITS FORMAL SETTLEMENT OFFER TO DEFENDANT

Gmail [redacted]

# Fw: Doe v. University of Chicago, Case No. 1:22-cv-05273 (N.D. Ill.) (MMP)

**Phil Byler** <pbyler@nmllplaw.com> Fri, Dec 23, 2022 at 4:57 PM
To: [redacted]

[redacted]

This is what I sent.

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260

NESENOFF & MILTENBERG LLP
New York | Boston | Palo Alto

**Phil Byler, Senior Litigation Counsel**
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
212.736.4500 • 212.736.2260 fax
Vcard • nmllplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

---

**From:** Phil Byler <pbyler@nmllplaw.com>
**Sent:** Friday, December 23, 2022 3:15 PM
**To:** Warner, Scott <Scott.Warner@huschblackwell.com>
**Cc:** Tierney, Katherine <Katherine.Tierney@huschblackwell.com>; Deweese, Mary <Mary.Deweese@huschblackwell.com>
**Subject:** Doe v. University of Chicago, Case No. 1:22-cv-05273 (N.D. Ill.) (MMP)

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

Dear Scott:

[redacted] 

I write to outline a possible settlement of the action *Doe v. University of Chicago*, Case No. 1:22-cv-05273 (N.D. Ill.) (MMP). This communication is without prejudice to Plaintiff's positions in the litigation, including for injunctive relief in the form of expungement and for monetary damages; and the contents hereof and the attached document are to be treated as confidential. Also, this communication should not be taken as any indication with respect to the merits of the University of Chicago motion, but rather is prompted by the circumstances Plaintiff is facing.

The attached document is the redacted signed contract that Plaintiff has with a salary of 185,000, participation in the company's bonus plan, and eligibility for additional bonuses. Plaintiff's contract will be in extreme jeopardy unless he graduates in early 2023. Losing this contract due to what is already an overly long suspension is not in the best interests of either Plaintiff or the University of Chicago and would certainly add real heft to Plaintiff's damages. Plaintiff is but one course requirement for eligibility for graduation. Whatever purpose the University Title IX people thought (I believe mistakenly) the suspension served, prolonging it any further does not make sense, particularly given the damage it would cause. Accordingly, I outline the following terms of a proposed settlement:

1. Ending the suspension now so that Plaintiff can take his final course requirement to be eligible to graduate, preferably at the conclusion of the Winter 2023 quarter. Plaintiff would take his final course requirement as part of the weekend or evening [redacted] program. Plaintiff will register for a course with a virtual or hybrid instruction model and attend the course virtually.
2. Plaintiff will be allowed to graduate at the end of the Winter 2023 quarter.
3. Plaintiff's transcript will be free of any disciplinary notation.
4. Payment of Plaintiff's invoiced legal fees.

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260

NESENOFF & MILTENBERG LLP
New York | Boston | Palo Alto

**Phil Byler, Senior Litigation Counsel**

[redacted]

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500 • 212.736.2260 fax

Vcard • nmllplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

---

**2 attachments**

**nmllpnewyork-boston-paloaltologosignature6-30_86761340-f12a-4199-a5e2-ef3472a044a9.jpg**
21K

**DOE v UNIV CHICAGO Plaintiff Contract.pdf**
415K