# EXHIBIT 10: UNIVERSITY DECLINES REQUEST FOR EXTENSION OF ROE 2 HEARING

[redacted]

[redacted]

3 messages

[redacted] Tue, Mar 29, 2022 at 10:51 AM
To: Jeremy W Inabinet <inabinet@uchicago.edu>
Cc: Mike Cheronis <mdc@cheronislaw.com>

Dean Inabiniet,

Today you informed me that the Roe 1 committee found me responsible for alleged sexual misconduct and suspended me for four quarters. The Roe 2 hearing is set for Thursday, 3/31 @ 1pm. I am requesting an extension of the Roe 2 hearing.

I have the right to appeal the Roe 1 finding. Until my appeal options are exhausted and a final judgment is rendered in the Roe 1 matter, the findings and sanctions in Roe 1 should not be made available to the Roe 2 committee in the event it finds me responsible. Based on the current procedure, the Roe 2 committee could find me responsible and sanctions would be more severe because of the Roe 1 finding regardless of the outcome of my appeal. I could be expelled by the Roe 2 committee despite the fact that the Roe 1 result and/or sanctions could be later overturned. This is not a fair process.

A fair process would allow me to exhaust my Roe 1 appeal process options before the Roe 2 committee could hear about the Roe 1 sanctions and finding. Only after the Roe 1 findings and sanctions are vetted by the appeal committee should the Roe 2 committee be able to use them as a factor in potential sanctioning.

I am requesting an extension of the Roe 2 hearing until my Roe 1 appeal options are exhausted. Please respond as soon as possible.

---

[redacted]

---

**Jeremy W Inabinet** <inabinet@uchicago.edu> Tue, Mar 29, 2022 at 12:33 PM
To: [redacted]

[redacted]

Thank you for your email.

I have received your request to delay your upcoming hearing and that request is denied.

The default position of the University is the outcome is correct. You still have the opportunity to make a request for review, in which you would need to show an error was made and how it impacted the outcome. Per the Policy:

> The only legitimate grounds for review are: (1) that prescribed procedures were not followed; (2) that new and material information unavailable to the University-wide Disciplinary Committee would substantially change the outcome of the proceeding; and (3) the sanction is disproportionate to the violation.

In your request for review, you would have the opportunity to present information you felt unfairly influenced the outcome. The request is then reviewed by the Dean of Students in the University (or designee) to determine if it meets any of the above-listed criteria. If it does, then it may be referred to a review board.

The hearing scheduled for Thursday is evaluating a separate matter and the Committee will be making a determination regarding whether or not you violated University Policy based on the information provided to the Committee. You are correct that if it is determined you are responsible in that matter, the Committee would be informed of the previous outcome; the Committee does consider previous outcomes when determining sanctions. You would have the opportunity to request a review in this matter, too.

I know there is a lot going on for you right now. Please do not hesitate to reach out to Renae Desautel or your Dean of Students for any assistance.

Let me know if you have additional questions.

Jeremy

Jeremy W. Inabinet, Ph.D.

Associate Dean of Students

in the University for Disciplinary Affairs

The University of Chicago

----------------------------------------------------

Edlestone Center

6030 S Ellis Ave, Office 279

Chicago, IL 60637

773.702.5243

Pronouns: He, his, him

[Quoted text hidden]

[redacted]