# EXHIBIT 12: REDACTION AND CHANGE REQUESTS - ROE 2

Dean Inabinet,

I am requesting the following redactions to the Roe 2 investigation report because they are prejudicial in nature and should not be viewed by the committee in their determination of this investigation's outcome. In addition, you stated throughout this process that these investigations would be handled separately and that the investigation reports should not reference other possible complaints and/or investigations. You said the same about character evidence – that it should be excluded.  Because of that, I am requesting redactions for statements that reference any other investigation that I may be a part of. Lastly, there are some changes that I am requesting to the summary of my interview as you and your team have documented what I said inaccurately. I believe the summary should have been shared with me to confirm accuracy just as the witnesses are allowed to do so with their interviews.

Please see the specifics of my request below. All page references correspond to the page number of the report and not the slide summary in the Box server.

**Redaction Requests:**

**Page 38:** "Also, Roe 2 said [Roe 2 – Witness] was friends with some of John Doe's other victims."

**Rationale:** This is a prejudicial statement against me and also a vague rumor. The committee should not have to read this.

**Page 38:** "After doing so, Roe 2 learned that this situation also happened to someone else, when she attended a Chicago [University] [redacted] Event Brunch."

**Rationale:** References another potential complaint / investigation process. It has nothing to do with Roe 2's complaint and is only prejudicial towards me.

**Page 43:** "The other friend at dinner with them, [Student], also divulged she had a questionable encounter with John Doe."

**Rationale:** False rumor/hearsay that references another potential complaint / investigation process. It has nothing to do with Roe 2's complaint and is only prejudicial towards me.

**Page 44:** "[Roe 2 – Witness] stated [John Doe's Roommate], John Doe's roommate, was trying to coerce and pressure girls not to talk about their experiences with John Doe. He approached them saying they were going to ruin John Doe's life."

**Rationale:** This is just a flat out lie because my roommate does not know who Roe 2 is and has never spoken to her. He notes that in his testimony. This is irrelevant information that has nothing to do with this investigation and is prejudicial against my roommate and myself.

**Change Requests:**

**Page 39:** "John Doe told Inabinet it was not usual to come over to someone's place at that hour and not have a sexual encounter."

**Change:** This should read "John Doe told Inabinet it was not normal to invite someone over on the night of their birthday at that hour who had been flirtatious with you at the bar if you were not interested in a sexual encounter."

**Page 40:** "John Doe said his recollection of what happened had more physical contact than Roe 2's recollection. John Doe said he remembered touching Roe 2's butt and waistline."

**Change:** I said we had **LESS** physical contact than Roe 2's recollection. This should read as follows "John Doe said his recollection of what happened had less physical contact than Roe 2's recollections. John Doe remembered touching Roe 2's butt and never going below her waistline."

**Page 40:** The entire paragraph starting with "John Doe told Inabinet how Roe 2 was showing signals she wanted to have sexual activity" is totally wrong.

**Change:** "John Doe told Inabinet how Roe 2 was showing signals she wanted to initially have sexual activity. John Doe said it was not normal for Roe 2 to invite John Doe over to her apartment, and especially not at that hour on the night of his birthday. Roe 2 was sober and it is not usual for a sober woman to invite a man at 2:00AM unless she was good friends or interested in him. Roe 2 said 'yes' when I asked her if I could sleepover. She left a vibrator out on her bed and did not get upset when I got in my boxers to get into bed. Roe 2 was not upset when she saw his penis or when she offered him a sleeping pill. John Doe said all of these factors combined were signal Roe 2, at least initially, wanted to have sexual activity."

**Page 40: "**John Doe sent Roe 2 a message and Roe 2 did not respond. John Doe said that was the last conversation they had."

**Change:** "After speaking to their mutual friend, John Doe sent Roe 2 a joke via text message. Roe 2 did not respond. Then John Doe followed up with a formal apology via text message. John Doe said that was the last conversation they had."

**Page 40-41:** "I ended up leaving and thankfully nothing happened between us… "I've had bad nights when I've been drunk..."

**Change:** You need to make it clear that those aforementioned texts are from a text conversation I had with [Roe 2 – Witness] and not Roe 2. The way it reads right now is that I texted those to Roe 2 and it was a primary conversation between complainant and respondent, which is not the case.

**Page 41: "**John Doe said Roe 2 texted her complaint letter to four different people and he knows this because he saw it."

**Change: "**John Doe said Roe 2 texted her complaint letter throughout the [University] community. Four different people that he was close with showed him that her and her friends were mass messaging Roe 2's complaint letter because they had received it directly."

I hope that you sincerely review each of my requests from a neutral perspective and remove all of the one-sided character evidence that I noted from this investigation report. The committee should not have to see any prejudicial character statements or rumors about me as this may cloud their judgement and lead to an unfair decision.

Please let me know if you have any questions.

Best,

John Doe