# EXHIBIT 13: CLARIFICATION ON REDACTION/CHANGE REQUESTS

[redacted]

[redacted]

## Clarification

8 messages

**Jeremy W Inabinet** <inabinet@uchicago.edu> Thu, Mar 17, 2022 at 10:54 AM
To: [redacted]

[redacted]

I am reviewing your change requests and have a question. There are several instances where you provide replacement options in quotation marks. How did you decide on these options?

Jeremy

Jeremy W. Inabinet, Ph.D.

Associate Dean of Students

in the University for Disciplinary Affairs

The University of Chicago

------------------------------------------------------

Edlestone Center

6030 S Ellis Ave, Office 279

Chicago, IL 60637

773.702.5243

Pronouns: He, his, him

---

[redacted] Thu, Mar 17, 2022 at 12:28 PM
To: Jeremy W Inabinet <inabinet@uchicago.edu>
Cc: Mike Cheronis <mdc@cheronislaw.com>

Dean Inabinet,

For those change requests, your office incorrectly captured what I stated in my interview.

What I provided for those requests is what I actually stated or a more correct paraphrase of what I did say. I know what I said and that is how I decided on those requests.

[redacted]

[redacted]

[Quoted text hidden]

---

**Jeremy W Inabinet** <inabinet@uchicago.edu> Thu, Mar 17, 2022 at 12:30 PM
To: [redacted]

[redacted]

To clarify, the changes you requested are from your memory?

[Quoted text hidden]

[redacted]

---

[redacted] Thu, Mar 17, 2022 at 1:05 PM
To: Jeremy W Inabinet <inabinet@uchicago.edu>
Cc: Mike Cheronis <mdc@cheronislaw.com>

Dean Inabinet,

The changes I requested are from my memory and the notes that my attorney, Mike Cheronis, documented during the meeting. Furthermore, these changes actually represent what happened related to the incident in question.

I do not understand why the University did not show me a summary of the interview notes to review and sign off on before they were included in the investigation report. The university does this with witness interviews so it makes no sense that both parties involved in the case are not given the same review process. Now we are debating this one day before you intend to share this file with the committee.

[redacted]

[Quoted text hidden]

---

[redacted] Thu, Mar 17, 2022 at 8:01 PM
To: Jeremy W Inabinet <inabinet@uchicago.edu>
Cc: Mike Cheronis <mdc@cheronislaw.com>

Dean Inabinet,

I would like a response to the requests I proposed before you send the report to members of the committee. Please get back to me as soon as possible. Thank you.

---

[redacted]

[Quoted text hidden]

---

**Jeremy W Inabinet** <inabinet@uchicago.edu> Fri, Mar 18, 2022 at 9:35 AM
[redacted]

[redacted]

You will receive a response after the review is complete, which should be later toay. I have no intention of sending information to the Committee prior to the completion of the review. Thank you for your understanding.

[Quoted text hidden]

---

[redacted] Fri, Mar 18, 2022 at 11:27 AM
To: Jeremy W Inabinet <inabinet@uchicago.edu>

Thank you for the update.

---

[redacted]

[Quoted text hidden]