# EXHIBIT 15: RESPONSE TO ROE 2 REDACTION/CHANGE REQUESTS

[redacted]

[redacted]

# Redaction/Change Requests

2 messages

**Jeremy W Inabinet** <inabinet@uchicago.edu> Thu, Mar 24, 2022 at 12:01 PM
To: [redacted]

[redacted]

Your requests for redactions/changes have been reviewed and will be addressed in this email.

You made several requests to change and/or add information to your interview summary, written by Melissa Vergara. As stated in the investigation file, what is written is a summary of the interview and is not intended to be a transcript of the conversation. That being said, Melissa and I have reviewed your requests and the following changes will be made:

> Page 40: The sentences, "Doe explained to Inabinet what he meant in a text message:" has been changed to "Doe explained to Inabinet what he meant when he wrote Roe 2 - Witness in a text message:"

As to the other change requests you made, you have the ability to address your concerns in your optional response, in response to questions from the Committee during the hearing, or in your closing statement at the hearing. You also have the ability to suggest questions to the Committee to ask the Complainant (as discussed during your pre-hearing meeting).

As to your redaction requests, the information will remain. The Policy does not prohibit character and citizenship information; it prohibits the University from interviewing witnesses whose sole role is to provide character information. I referenced this Policy but did not state character information would not exist. Redacting the information would amount to a relevance determination and it is the Committee's role to determine if information is or is not relevant and how much weight (if any) it will be given. You should feel free to address this in your optional response, or through the other avenues listed above.

Let me know if you have any additional questions.

Jeremy

Jeremy W. Inabinet, Ph.D.

Associate Dean of Students

in the University for Disciplinary Affairs

The University of Chicago

-----------------------------------------------------

Edlestone Center

6030 S Ellis Ave, Office 279

Chicago, IL 60637

773.702.5243

Pronouns: He, his, him

[redacted]