**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:22-cv-05273 |
| | ) | |
| UNIVERSITY OF CHICAGO, | ) | Honorable Martha M. Pacold |
| | ) | Magistrate Judge Susan E. Cox |
| Defendant. | ) | |

# DEFENDANT UNIVERSITY OF CHICAGO'S STATEMENT REGARDING SPRING QUARTER 2023 COURSES

As requested during today's status hearing on Plaintiff's Motion for a Preliminary Injunction, Defendant the University of Chicago has confirmed that the deadline for students to enroll in a course is 8:00 a.m. on Monday of the second week of the relevant quarter, which for the Spring Quarter 2023 is 8:00 a.m. on Monday, March 27, 2023.

Dated: March 17, 2023

Respectfully submitted,

*/s/ Scott L. Warner*

Scott L. Warner
Mary E. Deweese
Katherine M. Tierney
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
P: (312) 655-1500
F: (312) 655-1501
scott.warner@huschblackwell.com
mary.deweese@huschblackwell.com
katherine.tierney@huschblackwell.com

***Attorneys for Defendant***
***University of Chicago***

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all registered counsel of record this 17th day of March, 2023:

Philip A. Byler
Andrew T. Miltenberg
Jordan Tuchman
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
212-736-4500
pbyler@nmllplaw.com
amiltenberg@nmllplaw.com
jtuchman@nmllplaw.com

Michael Cheronis
The Law Offices of Michael D. Cheronis
2502 N. Clark St.
Chicago, IL 60614
773-255-1430
mdc@cheronislaw.com

*/s/ Scott L. Warner*

***Attorney for Defendant***
***University of Chicago***