**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

John Doe
                    Plaintiff,

v.                                      Case No.: 1:22–cv–05273
                                              Honorable Martha M. Pacold

University of Chicago
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 22, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Telephonic ruling on plaintiff's motion for preliminary injunction [25] and defendant's motion to dismiss [13] held on 3/22/2023. For the reasons stated on the record, plaintiff's motion for preliminary injunction [25] is denied without prejudice, and defendant's motion to dismiss [13] is granted in part and denied in part. The motion to dismiss is denied as to plaintiff's Title IX claim. The motion to dismiss is granted as to plaintiff's claims for breach of contract and promissory estoppel, as well as his claim for emotional and psychological damages under Title IX. Those claims are dismissed without prejudice and with leave to amend the complaint by April 12, 2023. This case will be referred to the magistrate judge for discovery supervision and scheduling, and for settlement. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.