IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff. ) | |
| ) | Civil Case No. 1:22-cv-05273 |
| v. ) | |
| ) | Judge Martha M. Pacold |
| UNIVERSITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

Plaintiff John Doe, by and through his attorneys Nesenoff & Miltenberg LLP, and Defendant University of Chicago, by and through its attorneys Husch Blackwell LLP, submit this Joint Motion seeking entry of the parties' proposed agreed confidentiality order. The proposed agreed confidentiality order has, pursuant to this Court's procedures, been submitted in redline copy and clean copy to the Court's electronic mailbox.

Date: July 14, 2023

Respectfully submitted,

| | |
|---|---|
| JOHN DOE | UNIVERSITY OF CHICAGO |
| By: /s/ Andrew T. Miltenberg | By: /s/ Michael T. Raupp |
| Andrew T. Miltenberg<br>Jordan Tuchman<br>Nesenoff & Miltenberg, LLP<br>363 Seventh Avenue, Fifth Floor<br>New York, New York 10001<br>212-736-4500<br>amiltenberg@nmllplaw.com<br>jtuchman@nmllplaw.com | Scott L. Warner<br>Mary E. Deweese<br>Katherine M. Tierney<br>Husch Blackwell LLP<br>120 South Riverside Plaza, Suite 2200<br>Chicago, Illinois 60606<br>(312) 655-1500 (tel.) \| (312) 655-1501 (fax)<br>scott.warner@huschblackwell.com<br>mary.deweese@huschblackwell.com<br>katherine.tierney@huschblackwell.com |
| Michael Cheronis<br>The Law Offices of Michael D. Cheronis<br>2502 N. Clark St.<br>Chicago, IL 60614<br>773-255-1430<br>mdc@cheronislaw.com | Michael T. Raupp<br>Husch Blackwell LLP<br>4801 Main St., Suite 1000<br>Kansas City, MO 64112<br>(816) 939-800 (tel.) \| (816) 983-8080 (fax)<br>michael.raupp@huschblackwell.com |
| ***Attorneys for Plaintiff***<br>***John Doe*** | ***Attorneys for Defendant***<br>***The University of Chicago*** |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all registered counsel of record this 14th day of July, 2023:

    Andrew T. Miltenberg
    Jordan Tuchman
    Nesenoff & Miltenberg, LLP
    363 Seventh Avenue, Fifth Floor
    New York, New York 10001
    212-736-4500
    amiltenberg@nmllplaw.com
    jtuchman@nmllplaw.com

    Michael Cheronis
    The Law Offices of Michael D. Cheronis
    2502 N. Clark St.
    Chicago, IL 60614
    773-255-1430
    mdc@cheronislaw.com

                                s/ Michael T. Raupp

                              ***Attorney for Defendant***
                              ***The University of Chicago***