UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John Doe
                       Plaintiff,

v.                                               Case No.: 1:22−cv−05273
                                                    Honorable Martha M. Pacold

University of Chicago
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 15, 2023:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Settlement−related ex parte communications held on 11/13/2023 and 11/14/2023, and communications with counsel for the parties continued through 11/15/2023. The case has settled. The parties are finalizing the settlement agreement and expect to file dismissal paperwork with the district judge by 1/15/2024. All matters relating to the referrals of this action are concluded; referrals terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.