# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Doe

                    Plaintiff,

v.                                      Case No.: 1:22−cv−05273

                                                          Honorable Martha M. Pacold

University of Chicago

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 27, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Stipulation of Dismissal [87], this case is hereby dismissed with prejudice, with each party bearing their own attorney's fees and costs. Defendant's motion to dismiss [59] is denied as moot. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.